FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NASEEM STANIKZY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE COUNTY OF WHITMAN; WHITMAN COUNTY; WHITMAN COUNTY SUPERIOR COURT; and ISOBEL LUENGAS,<br><br>　　　　　Defendants. | No. 2:23-cv-00038-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE, DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE**<br><br>**ECF No. 30** |

Before the Court is the parties' Stipulated Motion for Voluntary Dismissal with prejudice and without fees or costs, ECF No. 30.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for Voluntary Dismissal with prejudice and without fees or costs, **ECF No. 30**, is **GRANTED**.

ORDER - 1

2.	Pursuant to the stipulation of the parties, the Clerk of the Court shall **ENTER JUDGMENT** of dismissal of the Complaint, **ECF No. 1**, and the claims therein **with prejudice** and without costs or fees to any party.

3.	All pending motions are **TERMINATED** as **MOOT**.

4.	All hearings and deadlines are stricken.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to enter this Order and judgment, forward copies to counsel, and **CLOSE THE FILE**.

**DATED** this 19th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER - 2