NASEEM STANIKZY, PRO PER
16068 GREENWOOD AVE N, A5
SHORELINE, WA,
KING COUNTY, 98133
(206) 981-6973
STANIKZY.NASEEM@GMAIL.COM

THE HONORABLE STANLEY BASTIAN

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NASEEM STANIKZY,<br><br>*Plaintiff(s)*<br><br>vs.<br><br>WHITMAN COUNTY,<br>THE COUNTY OF WHITMAN,<br>WHITMAN COUNTY SUPERIOR COURT,<br>ISOBEL LUANGAS,<br><br>*Defendant(s)* | Cause No. 2:23-cv-00038-SAB<br><br>JUDGEMENT SUMMARY |

JUDGEMENT SUMMARY

1) Title 42 of United States Code is typically law that addresses public health, social welfare, and includes civil rights;

   A. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws,

shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

2) In order to prevail in a § 1983 claim against defendants Whitman County, The County of Whitman, Whitman County Superior Court, alleging liability based on an official policy, practice, or custom, a Plaintiff must prove a few elements by a preponderance of the evidence.

3) If it is found that the Plaintiff has proved each of the elements required, subject matter facts included, a jury's verdict in theory should be for the Plaintiff.

4) Defendants Failed to provide a lump sum of $945,000 dollars requested by the Plaintiff.

DATED this Sunday of March 24th, 2024.

*s/ Naseem Stanikzy*
NASEEM STANIKZY, PRO PER
16068 Greenwood Ave N, A5
Shoreline, WA,
King County, 98133
(206) 981-6973
Stanikzy.naseem@gmail.com