FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 28, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NASEEM STANIKZY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>THE COUNTY OF WHITMAN; WHITMAN COUNTY; WHITMAN COUNTY SUPERIOR COURT; and ISOBEL LUENGAS,<br><br>　　　　　Defendants. | No. 2:23-cv-00038-SAB<br><br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FILED MARCH 24, 2024**<br><br><br>**ECF Nos. 33, 34, 35, 36, 37, 38, 39** |

On March 19, 2024, the Court entered final judgment pursuant to the parties' stipulated motion to dismiss and closed the case. ECF Nos. 32.

On March 24, 2024, Plaintiff, proceeding *pro se*, filed seven documents as motions that are captioned "Judgement Summary," "Amici Curiae," "Public Disclosure," "Case Commentary," "Permissionem," and "Neglience," and "Jurisprudence Distinctions." ECF Nos. 33-39. Plaintiff asserts that defendants have refused to "provide a lump sum of $945,000 dollars requested by the

ORDER - 1

Plaintiff," ECF No. 33, or "accurately represent the facts of the case." ECF No. 35. Plaintiff also sets forth additional allegations he believes should be in the record, but are already included in exhibits attached to the Amended Complaint. ECF No. 37. For the most part, the documents contain statements that are wholly unrelated to this case.

Federal Rule of Civil Procedure 60(b) governs the reconsideration of final orders of the district court. Rule 60(b) permits a district court to relieve a party from a final order or judgment on grounds of: "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence...; (3) fraud...of an adverse party; (4) the judgment is void; (5) the judgment has been satisfied...or (6) any other reason justifying relief from the operation of the judgment." Fed. R. Civ. P. 60(b). A motion under Rule 60(b) must be made within a reasonable time, in any event "not more than one year after the judgment, order, or proceeding was entered or taken." *Id*.

The Court does not find reason to construe Plaintiff's filings as a motion for relief from judgment. They contain statements, not requests for relief. The Court reminds Plaintiff that this is not a forum to express his grievances about the justice system, his case is closed and judgment has been entered. The Court warns Plaintiff that it will strike future frivolous motions and could withdraw his ECF filing authorization or impose other sanctions.

ORDER - 2

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's motions, **ECF Nos. 33, 34, 35, 36, 37, 38, 39**, are **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to enter this Order, mail a copy to the *pro se* Plaintiff, and forward copies to counsel.

**DATED** this 28th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER - 3